# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| In The Matter Of: | ) |
| | ) Case Number 19-20809-rdb |
| Jon Chad Hanson | ) |
| Thadeesa Mae Hanson | ) |
| | ) Chapter 13 |
| Debtors, | ) |
| | ) Objection to Confirmation filed by Home |
| Home Point Financial Corporation | ) Point Financial Corporation |
| | ) |
| Creditor, | ) |
| | ) |

## OBJECTION TO CONFIRMATION

Comes now Home Point Financial Corporation ("Creditor") by its attorney and for its objection to confirmation states as follows:

1. Home Point Financial Corporation is the holder of a Mortgage and Note secured by real property located at 6933 Meadowlark Ln, Shawnee, KS 66226. Said property is listed by the Debtors as an asset of the bankruptcy estate.

2. The approximate prepetition arrearages owed to Creditor are $34,720.46. The approximate total pay off due to Creditor under the note is $440,692.45.

3. The Chapter 13 Plan lists the pre-petition arrearages owed to Creditor as $0.00. Creditor is owed approximately $34,720.46 in pre-petition arrearages.

WHEREFORE, Home Point Financial Corporation prays confirmation of the plan filed by the Debtors be denied, that this case be dismissed for failure to propose a confirmable plan; and for such further orders as the Court deems just and proper.

Dated May 30, 2019

    Respectfully Submitted,
    Millsap & Singer, LLC

    */s/ Muhammad Esa Ahmed*
    Cynthia M. Kern Woolverton, #21445
    Stewart C. Bogart, #26836
    Muhammad Esa Ahmed, #28153
    612 Spirit Drive
    St. Louis, MO 63005
    Telephone: (636) 537-0110
    Facsimile: (636) 537-0067
    bkty@msfirm.com

    Attorneys for Home Point Financial Corporation

# **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on May 30, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

                                  */s/ Muhammad Esa Ahmed*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Jason C. Amerine

    William H Griffin

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Jon Chad Hanson
    Thadeesa Mae Hanson
    6933 Meadowlark Lane
    Shawnee, KS 66226

